Allan Harvey Bell, Allan H. Bell & Associates, Kansas City, MO, for Petitioner.

Jamie M. Dowd, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Karen Yolanda Drummond, Carl H. McIntyre, Joanna L. Watson, U.S. Department of Justice, Washington, DC, for Respondent.

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

After an immigration judge denied Kenyan citizen Jenericah Mugure Kibe asylum, withholding of removal, adjustment of status, and other asylum relief, she moved to reopen the proceedings in order to apply for adjustment of status based on a third alien-relative visa petition filed by her United States citizen husband. The immigration judge denied the motion, the Board of Immigration Appeals (BIA) dismissed Ms. Kibe's ensuing appeal, and Ms. Kibe now petitions for review of the BIA's order. After careful review, we conclude that the BIA acted within its discretion in dismissing the appeal. *See Martinez v. Lynch,* 785 F.3d 1262, 1264–65 (8th Cir. 2015) (standard of review); *Miah v. Mukasey,* 519 F.3d 784, 789–90 (8th Cir.2008) (BIA did not abuse discretion in denying motion to reopen based on, inter alia, insufficient evidence of bona fides of alien's marriage and timing of marriage).

Accordingly, we deny the petition.

**Stafon Edward THOMPSON, Petitioner–Appellant**

v.

**Tom ROY, Commissioner of Corrections, Respondent–Appellee**

**No. 14–1821.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 10, 2015.

Filed: April 22, 2016.

Bridget Kearns Sabo, Minnesota Public Defender's Office, Saint Paul, MN, for Petitioner–Appellant.

Stafon Edward Thompson, Bayport, MN, pro se.

Jean Burdorf, J. Michael Richardson, Minneapolis, MN, for Respondent–Appellee.

Before GRUENDER, SHEPHERD, and KELLY, Circuit Judges.

PER CURIAM.

The United States Supreme Court granted certiorari in this case, vacated the judgment, and remanded the case to our court for further proceedings. We now vacate the opinion and judgment we entered in this case and remand with directions for the district court to reconsider Thompson's request for § 2254 relief in light of the United States Supreme Court decision in *Montgomery v. Louisiana*, 577 U.S. ——, 136 S.Ct. 718, 193 L.Ed.2d 599 (2016).